TIMOTHY COURCHAINE
United States Attorney
District of Arizona
LORI L. PRICE
SANDRA M. HANSEN
CAROLINE ALLEN
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: lori.price@usdoj.gov
Attorneys for Plaintiff

| ✓ FILED | ___ LODGED |
|---|---|
| ___ RECEIVED | ___ COPY |

JUN 0 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____15(ı_____ Z DEPUTY

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. ANTONIO TAFOYA,
   (Counts 1-12)

2. NOE FELIX,
   (Counts 1, 3-9, 12)

Defendants.

CR-25-00848-PHX-MTL (MTM)

### I N D I C T M E N T

Violations:
18 U.S.C. § 371
(Conspiracy to Defraud the United States)
Count 1

18 U.S.C. § 1001
(False Statement to Government Agency)
Counts 2-11

18 U.S.C. § 4
(Misprision of a Felony)
Count 12

**THE GRAND JURY CHARGES:**

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment, within the District of Arizona and elsewhere:

#### The Defendants

1.    Defendant ANTONIO TAFOYA was a special agent for the United States Immigration and Customs Enforcement Homeland Security Investigations (HSI) and had been since approximately April 17, 2017. Prior to being a special agent, Defendant ANTONIO TAFOYA was a Border Patrol agent from September 2006 through April 2017. During the times relevant to this Indictment, Defendant ANTONIO TAFOYA was assigned to the HSI-Yuma Office (HSI-Yuma).

2. Defendant NOE FELIX was a Senior Deputy with the Yuma County Sheriff's Office and had been since approximately September 2013. During the times relevant to the Indictment, Defendant NOE FELIX was a Task Force Officer for HSI-Yuma.

3. Defendants, ANTONIO TAFOYA and NOE FELIX, (collectively Defendants) were assigned to the HSI-Yuma Border Enforcement Security Task Force (BEST). The BEST Task Force, under the command of HSI, is an investigative team that combines resources and personnel from several agencies, both local and federal, to investigate border related crimes, including drug trafficking by transnational criminal organizations. As part of their work on the BEST Task Force, Defendants worked as case agents on an Organized Crime Drug Enforcement Task Force investigation "OCDETF-1". This was a complex drug investigation targeting Transnational Criminal Organization-1 (TCO-1), a drug trafficking organization smuggling illegal drugs, primarily cocaine, fentanyl, heroin, and methamphetamine, from western Mexico into the United States, often through the Yuma area of responsibility to final destinations across the United States. The investigation included the use of confidential informants.

4. From January 2019 through the dates in this Indictment, Defendant ANTONIO TAFOYA was the Field Confidential Informant Program Administrator (FCPA) for HSI-Yuma. The FCPA manages and controls the confidential informant program at the field level. The FCPA is also the primary point of contact between the field office and the Investigative Support Unit at HSI Headquarters in Washington DC.

5. At various points during the times relevant to this Indictment, Defendant ANTONIO TAFOYA was the Acting Group Supervisor for the BEST Task Force.

**HSI's Investigative Duties and the Use of Confidential Informants**

6. HSI is the principal investigative arm of the United States Department of Homeland Security, and its mission is to investigate, disrupt, and dismantle terrorist, transnational, and other criminal organizations that threaten or seek to exploit United States customs and immigration laws. HSI's mission includes, in coordination with the Drug

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 2 of 27

Enforcement Administration, investigating drug smuggling organizations that are typically transnational in structure.

7. HSI regularly participates in OCDETF investigations, working with the Department of Justice and other federal, state, and local agencies to combat transnational criminal organizations. OCDETF is the largest anti-crime task force in the country. OCDETF investigations are concentrated, coordinated, long-term enterprise investigations of transnational organized crime, money laundering, and major drug trafficking networks. OCDETF seeks to disrupt and dismantle command and control elements of criminal organizations and reduce the availability of illicit narcotics in the United States.

8. Defendants investigated TCO-1 through OCDETF-1 with two DEA co-case agents, DEA Agents 1 and 2.

9. To assist in developing and pursuing its investigations and combatting criminal organizations, HSI has authorized the use of confidential informants. An HSI confidential informant is a person who provides HSI with credible information concerning unlawful activity and works under the direction and control of HSI agents. To protect the integrity of the investigation and of HSI, agents must strictly adhere to policies established by HSI for the management and documentation of confidential informants.

10. Prior to utilizing a person as a confidential informant, an HSI special agent working with their group supervisor must evaluate, assess, and obtain approval of a person's suitability as a confidential informant. This suitability determination continues on an annual basis for as long as a person is a confidential informant. HSI agents must instruct confidential informants on the rules by which they are required to operate, and this must be done on an annual basis.

11. Agents must document contact with, information provided by, and actions taken by confidential informants. The accuracy of information relating to investigations is of critical importance during all phases of a case. Reports of investigation, including those that document contact with, information provided by, and actions taken by confidential must provide the most accurate information possible. A confidential informant's

participation in otherwise illegal activity such as picking up, transporting, storing, or delivering illegal drugs on behalf of a transnational criminal organization is significant activity that must be approved and documented as part of the case file.

12. To further an investigation, under limited circumstances and with necessary HSI management approvals, HSI may authorize a confidential informant to engage in otherwise illegal activity, which is any activity that would constitute a misdemeanor or a felony under federal, state, or local law if engaged in by a person acting without authorization.

13. Upon the discovery of the arrest of a confidential informant, multiple notifications to HSI's chain of command must be made. A confidential informant may be deactivated for cause if determined undesirable or unreliable, including if the confidential informant engages in unauthorized unlawful conduct. A confidential informant also may be deactivated due to inactivity or lack of actionable information.

**Confidential Informant 1**

14. "Confidential Informant 1" (CI-1) was originally documented as a confidential informant for HSI-Yuma in July 2019 and worked as a confidential informant through February 2022. During this initial term, the control agent for CI-1 was defendant ANTONIO TAFOYA with the alternate control agent being Task Force Officer-1.

15. CI-1 was deactivated in February 2022 due to inactivity and lack of actionable information.

16. CI-1 was reactivated as a confidential informant in approximately July 2022 and worked as a confidential informant through approximately May 2023. During this second term, the control agent for CI-1 was Defendant ANTONIO TAFOYA with Defendant NOE FELIX being the alternate control agent.

17. From approximately June 2022 through May 2023, CI-1 provided information about the drug trafficking activities of TCO-1, the target of Defendants' OCDETF-1 investigation. CI-1 provided information to Defendants text communications, phone calls, and in-person meetings.

## COUNT 1
## CONSPIRACY TO DEFRAUD THE UNITED STATES
## 18 U.S.C. § 371

18.    The factual allegations in paragraphs 1-23 are re-alleged and incorporated by reference as though fully stated herein.

### The Conspiracy and Its Objects

19.    From on or about June 29, 2022, and continuing through on or about May 17, 2023, in the District of Arizona and elsewhere, the defendants, ANTONIO TAFOYA and NOE FELIX, knowingly and willfully combined, conspired, confederated, and agreed together and with other persons known and unknown to the grand jury to defraud the United States and an agency thereof, to wit, United States Immigration and Customs Enforcement Homeland Security Investigations (HSI), for the purpose of impeding, impairing, obstructing, and defeating the lawful governmental functions of HSI in enforcing the drug laws of the United States, including investigating the drug smuggling activities of an individual, CI-1, who worked for TCO-1, a transnational drug trafficking organization.

### Manner and Means of the Conspiracy

20.    It was a part of the conspiracy that Defendants would by deceit, craft, trickery and dishonest means, defraud the United States and HSI's lawful government functions to enforce the drug laws of the United States by:

a.    Knowingly and willfully allowing CI-1 to smuggle (pick up, transport, store, or deliver) kilogram quantities of illegal drugs, including cocaine, fentanyl, heroin, and methamphetamine, on more than 40 occasions with little to no expectation of recovery while concealing CI-1's drug smuggling from their group supervisor, Assistant Special Agent in Charge, Deputy Special Agent in Charge, Special Agent in Charge, and HSI management in Washington DC, in dereliction of their duties;

b.    Allowing CI-1 to engage in Tier 1 otherwise illegal activity, to wit: drug smuggling with little to no expectation of recovery, without seeking approval from

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 5 of 27*

HSI management and without exercising direction and control over CI-1 in dereliction of their duties as the control and alternate control agents of CI-1;

c.    Falsifying reports of investigation in OCDETF-1 about surveillance, drug smuggling events, and debriefs of CI-1, including minimizing the role of CI-1 in drug smuggling events and omitting CI-1's involvement in drug smuggling events when Defendants knew CI-1 had participated;

d.    Falsifying memorandums of payment requesting HSI management pay CI-1 for drug seizures while concealing from HSI management CI-1's actual role in the drug smuggling events and misrepresenting CI-1's position in TCO-1;

e.    Falsely representing that the reports of investigation and incident reports filed in OCDETF-1 represented the complete picture of the investigation when Defendants knew they failed to document in reports of investigation many drug smuggling events in which Defendants permitted CI-1 to smuggle drugs with little to no expectation of recovery;

f.    Allowing CI-1 to pick up, transport, deliver, and take to Mexico the illicit proceeds of TCO-1, without notifying HSI management, seeking approval, or documenting this otherwise illegal activity; and

g.    After CI-1's arrest on May 17, 2023, falsely misleading HSI management by inaccurately stating in deactivation memoranda and email communications that CI-1 failed to follow CI instructions and by stating that CI-1 transported drugs without their knowledge when Defendants knew CI-1 was transporting drugs on May 17, 2023 and Defendants knew they routinely allowed CI-1 to smuggle illegal drugs.

**Overt Acts**

21.    In furtherance of the conspiracy and to effect the objects of the conspiracy, Defendants ANTONIO TAFOYA and NOE FELIX committed the following overt acts, among others, in the District of Arizona and elsewhere:

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 6 of 27*

22. On June 29, 2022, Defendant TAFOYA received information from CI-1 that CI-1 had received a vehicle loaded with 37 packages of cocaine at his residence in San Luis, Arizona. Defendant TAFOYA failed to notify his supervisors or seek approval for CI-1 to maintain this load of illegal drugs at his house. Further, when he authored a report about the incident (ROI 029), he minimized CI-1's role in the event by describing CI-1 as "overhearing" information about a load vehicle being at a nearby Walmart and Defendant TAFOYA omitted any mention of the drugs being stashed at CI-1's residence. Further, while Defendant TAFOYA was able to confirm with CI-1 the identity of the male who dropped off the drugs at CI-1's residence ("Courier 1"), he did not include that information in the ROI. Ultimately, the drug load was not seized by HSI-Yuma, despite Defendant TAFOYA knowing of its location.

a. The following are excerpts of conversation from that event. On June 29, 2022, around 10:19 p.m., Defendant TAFOYA received a text message from CI-1 stating, as translated, "Hey I received a loaded car 🔥 □ 🔥 □ 🔥 □ 🔥 but [TFO-1] isn't answering." CI-1 had Residence-1 in San Luis, Arizona where the drugs were dropped off to CI-1. At the time Defendant TAFOYA received this text, he was in San Luis, Arizona conducting surveillance for another case with agents from the HSI BEST group. After receiving the text from CI-1, Defendant TAFOYA then sent a message to his BEST group stating "I just info about a dope load in San Luis right now 😊" When another agent suggested they "take it down", Defendant TAFOYA sent the following meme:



About an hour later, Defendant TAFOYA sent two photographs to the BEST group, which Defendant FELIX received as well. The photographs showed bags and packages of suspected drugs:



Defendant FELIX messaged Defendant TAFOYA separately from the group, asking about the packages and the following is Defendants' conversation:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 06 29 2022 11:50PM | TFO FELIX | SA TAFOYA | What's up with those bags? |
| 06 29 2022 11:53PM | SA TAFOYA | TFO FELIX | Source info |
| 06 29 2022 11:53PM | SA TAFOYA | TFO FELIX | 37 packages of coke |
| 06 29 2022 11:53PM | TFO FELIX | SA TAFOYA | Who's case |
| 06 29 2022 11:53PM | SA TAFOYA | TFO FELIX | Waiting to be picked up |
| 06 29 2022 11:53PM | SA TAFOYA | TFO FELIX | Our case homie. Possibly [target's] dope |
| 06 29 2022 11:54PM | TFO FELIX | SA TAFOYA | Who took that photo bro |
| 06 29 2022 11:58PM | TFO FELIX | SA TAFOYA | Would I be able to stat that bro? |
| 06 29 2022 11:58PM | SA TAFOYA | TFO FELIX | The source |
| 06 29 2022 11:58PM | SA TAFOYA | TFO FELIX | Call me homie |

23.    Less than a month later, on July 19, 2022, Courier 1 was back in San Luis, Arizona to deliver more illegal drugs to CI-1's residence. Agents were made aware of Courier 1's arrival from Mexico by law enforcement and CI-1 maintained communication with Defendant TAFOYA as CI-1 dropped Courier 1 off at the pick-up location for the load car. Defendants along with other agents were also surveilling the event. Courier 1 was arrested while driving the load vehicle to CI-1's residence. A search revealed 36.52 kilograms of cocaine hidden in the vehicle.

a.    After the seizure, Defendants completed a memorandum of payment dated July 22, 2022, requesting HSI management pay CI-1 $40,000 for the information CI-1 provided leading to the seizure. In the memorandum, Defendants falsely limited CI-1's role in the event, concealed the fact that CI-1's house was the intended stash house, and concealed that CI-1's residence had been used as a stash house on June 29, 2022. Based on the information provided by the Defendants in the memorandum, HSI management, through the Special Agent in Charge, reviewed and approved the payment.

24.    The same day that Defendants requested a payment for CI-1, July 22, 2022, Defendant TAFOYA completed a Confidential Informant Activation/Reactivation Checklist for CI-1, with an HSI supervisor reviewing and approving the reactivation. As part of that reactivation, Defendant TAFOYA represented the confidential informant file had the required items, including reports of investigation documenting information provided by CI-1. Defendant TAFOYA knew ROI 029, documenting the June 29, 2022, event, falsely represented that CI-1's role was limited to providing information about the drug load, when, in fact, CI-1 had used his residence as the stash house for the drugs.

25.    On September 27, 2022, Defendants debriefed CI-1 about drug smuggling activities of TCO-1, including drug smuggling events in which CI-1 was involved. Of the information provided, CI-1 informed Defendants that Target 3 had asked CI-1 to start coordinating drug packages that were going to be delivered via mail. CI-1 informed that he would be in possession of tracking numbers for the packages and that the drugs would be placed in speaker boxes and mailed out to destinations. Defendant TAFOYA later documented the debrief in ROI 051 in which he falsely stated that CI-1 "overheard" that Target 3 was "looking for someone to begin coordinating the mailing of drug packages using the United States Postal Service. The [CI-1] believe[d] the drugs will be concealed inside commodities to avoid detection."

26.    On October 1, 2022, Defendant FELIX received a text from CI-1 that CI-1 was in Phoenix and that TCO-1 was "going to send it by mail." Defendant FELIX asked if CI-1 was alone and CI-1 said he was at "the office" and sent a photograph of illegal drugs, which Defendant FELIX took to mean that CI-1 was at one of the stash houses:



Defendant FELIX then sent the same photograph to a chat group that include himself, Defendant TAFOYA, DEA Agent 1, and DEA Agent 2. To the same DEA group,

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 9 of 27

Defendant FELIX texted "[CI-1] doing a pick at the Phoenix stash house to mail unknown drugs." DEA Agent 2 responded that they would probably need to let a United States Postal Inspector know. Defendant TAFOYA then said, "We need a plan .... We can't take everything from [CI-1]. Maybe on the backend we can find hsi or DEA to control deliver it". Defendant TAFOYA and Defendant FELIX did not notify any supervisors or write any reports to document this activity of CI-1.

27.     On October 3, 2022, CI-1 mailed a parcel of illegal drugs. Below are three images from CI-1's phone of the parcel and the USPS receipt:

  

On October 4, 2022, Defendants had the following conversation about CI-1 providing tracking numbers, CI-1's drug smuggling activities, and concealing these activities so that CI-1 could continue smuggling drugs:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 10 04 2022 11:20AM | TFO FELIX | SA TAFOYA | He was sent to secondary at the checkpoint |
| 10 04 2022 11:22AM | SA TAFOYA | TFO FELIX | [CI-1]? |
| 10 04 2022 11:23AM | TFO FELIX | SA TAFOYA | Yeah 😄 |
| 10 04 2022 11:23AM | SA TAFOYA | | 😄😄 |
| 10 04 2022 11:23AM | SA TAFOYA | TFO FELIX | Good thing he didn't have anything 😬 |
| 10 04 2022 11:25AM | TFO FELIX | SA TAFOYA | I know! The dog alerted to the vehicle. He had drugs in it. He's in Phoenix representing DTO. He making deals! |
| 10 04 2022 11:51AM | SA TAFOYA | TFO FELIX | Emphasized "I know! The dog alerted..." |
| 10 04 2022 11:51AM | SA TAFOYA | TFO FELIX | We are building him up |
| 10 04 2022 11:52AM | TFO FELIX | SA TAFOYA | Yeah bro! I knew after that cocaine we got, he was going to get bigger. He at least acts somewhat professional. [TFO-1] was worried that day too! We made him look good and trustworthy |
| 10 04 2022 11:52AM | TFO FELIX | SA TAFOYA | We have to keep the heat away from him as much as possible |
| 10 04 2022 11:52AM | TFO FELIX | SA TAFOYA | He has the tracking numbers |

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 10 of 27*

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 10 04 2022 12:00PM | SA TAFOYA | TFO FELIX | We absolutely will.. We have full control over him and won't allow shit to come back on him |
| 10 04 2022 12:00PM | SA TAFOYA | TFO FELIX | Liked "he has the tracking numbers" |
| .... | | | (other conversation) |
| 10 04 2022 12:03PM | SA TAFOYA | TFO FELIX | With these I think we wait and give them to postal after a couple days |
| 10 04 2022 12:03PM | SA TAFOYA | TFO FELIX | Then ID the people and hit them on the back end |
| 10 04 2022 12:04PM | TFO FELIX | SA TAFOYA | Yeah bro plus I don't trust the post office. I think they like to get carried away with info |
| 10 04 2022 12:04PM | TFO FELIX | SA TAFOYA | He's meeting with buyers today. Hopefully large cocaine quantities |
| .... | | | (other conversation) |
| 10 04 2022 12:10PM | SA TAFOYA | TFO FELIX | Liked "Yeah bro plus I don't trust the post office..." |
| .... | | | (other conversation) |
| 10 04 2022 12:10PM | SA TAFOYA | TFO FELIX | We will filter the info we give them |
| 10 04 2022 12:11PM | SA TAFOYA | TFO FELIX | Emphasized "He's meeting with buyers today..." |
| .... | | | (other conversation) |
| 10 04 2022 06:06PM | TFO FELIX | SA TAFOYA | [CI-1] still in Phoenix meeting people. If we give it time, [CI-1] can really move up the ladder |
| .... | | | (other conversation discussing timing of a meet up with CI-1 to debrief) |
| 10 04 2022 06:15PM | TFO FELIX | SA TAFOYA | I think is going to be good |
| 10 04 2022 06:19PM | SA TAFOYA | TFO FELIX | I hope so... this is where the case is going to take off |

Defendants did not notify HSI management about this information or document it in an ROI.

28.    On October 5, 2022, Defendant FELIX talked with CI-1 to debrief him. Defendant FELIX then shared information with the DEA co-agents, DEA Agent 1 and 2, and Defendant TAFOYA on a group chat. Defendant FELIX also texted separately with Defendant TAFOYA. Below are excerpts from those conversations:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 10/05/2022 4:36:24 PM | TFO FELIX | SA TAFOYA | I talked to [CI-1] bro |
| 10/05/2022 4:47:28 PM | TFO FELIX | Group Chat | [CI-1] made a delivery of 10 kgs of cocaine to this number in Phoenix |
| 10/05/2022 4:47:57 PM | TFO FELIX | Group Chat | xxx-xxx-xxxx |
| 10/05/2022 4:48:11 PM | DEA Agent 1 | Group Chat | Nice we'll run that one too |
| 10/05/2022 4:48:57 PM | TFO FELIX | Group Chat | He received the cocaine from [Target 1] who has been working for DTO for years. [Target 1] crosses for drugs for them |

| | | | |
|---|---|---|---|
| 10/05/2022 4:49:36 PM | TFO FELIX | Group Chat | That [Stash House 1], they also keep money |
| 10/05/2022 4:51:15 PM | DEA Agent 2 | Group Chat | Wonder how frequently they're moving from there. Could we do the same thing there we did at Mojave? |
| 10/05/2022 4:53:49 PM | DEA Agent 1 | Group Chat | Emphasized "He received the cocaine from [Target 1] who has been working for DTO for years..." |
| 10/05/2022 4:54:09 PM | DEA Agent 1 | Group Chat | Oh yeah I remember he mentioned [Target 1]. Nice. We'll have to see how we can work that [Stash House 1] house |
| 10/05/2022 5:08:40 PM | TFO FELIX | Group Chat | ◆[CI-1] made a delivery of 70,000 pills at [Stash House 2] Phoenix and received $30k for it. He took the cash to [Stash House 1] |
| 10/05/2022 5:09:28 PM | TFO FELIX | Group Chat | Unknown, maybe do a traffic stop of vehicle coming out of there |
| 10/05/2022 5:11:07 PM | TFO NOE FELIX | Group Chat | They have an unknown stash house where they keep money and make secret compartment for the money |
| 10/05/2022 5:14:41 PM | DEA Agent 2 | Group Chat | Liked "Unknown, maybe do a traffic stop of vehicle coming out of there " |
| 10/05/2022 5:14:42 PM | SA TAFOYA | TFO FELIX | Just fyi - we have to be careful with what we share with DEA. They can't let dope walk and I don't want to give them that much info yet especially with [CI-1] |
| 10/05/2022 5:14:59 PM | SA TAFOYA | TFO FELIX | They will want to know who he is and [DEA Supervisor 1] will be asking questions I don't want to answer |
| 10/05/2022 5:23:03 PM | TFO FELIX | SA TAFOYA | Oh shit |
| 10/05/2022 5:23:51 PM | TFO FELIX | SA TAFOYA | I did not mention [CI-1] did mailed the pills |
| 10/05/2022 5:24:48 PM | TFO FELIX | SA TAFOYA | Aight I'll let you filter that info from now on bro |
| 10/05/2022 5:25:12 PM | TFO FELIX | SA TAFOYA | We can't confiscate anything from [CI-1] for a minute bro |
| 10/05/2022 5:28:35 PM | TFO FELIX | SA TAFOYA | There's a lot more info I didn't feel comfortable sharing 😊 |
| .... | | | (other conversation) |
| 10/05/2022 5:38:31 PM | TFO FELIX | SA TAFOYA | Someone in NJ paid $5.00 a pill and that where [CI-1] delivered |
| 10/05/2022 5:38:39 PM | TFO FELIX | SA TAFOYA | Via USPS |
| .... | | | (other conversation) |
| 10/05/2022 5:43:40 PM | TFO FELIX | SA TAFOYA | We need to catch one of the buyers and flip them. Let [CI-1] cool down |
| 10/05/2022 5:43:51 PM | TFO FELIX | SA TAFOYA | [CI-1] needs to keep working let most of it go |

29. In the draft and final debrief report, ROI 058, Defendants falsely minimized CI-1's role in the drug smuggling and in TCO-1. They omitted him from the drug

smuggling events in which they knew he participated, and the final report falsely described him as overhearing certain events in which he directly participated.

30.    On November 3, 2022, Defendants conducted surveillance with a team of agents in the Buckeye, Arizona area. Based on information provided by CI-1 about drug smuggling work he had that day, Defendants knew Target 1 would be providing drug loads to vehicles for load up at Gas Station 1. Defendant FELIX was in constant communication with CI-1, and CI-1 was seen meeting with Target 1 at Gas Station 1. CI-1 picked up 21 kilograms of illegal drugs from Target 1 and proceeded to deliver three loads around the Phoenix area. Defendants concealed this information from their fellow agents. They allowed CI-1 to deliver the illegal drugs with little to no expectation of recovery and with no control over CI-1. They did not notify HSI management or seek approval for this Tier 1 otherwise illegal activity. On a later day, Defendant TAFOYA sent out a draft summary of the surveillance to agents who were in field, including Defendant FELIX. The summary did not mention CI-1's drug smuggling activities nor did it include that CI-1 had picked up illegal drugs from Target 1. Defendant FELIX did not offer any written corrections. Defendant TAFOYA filed the false summary as ROI 056.

31.    On November 7, 2022, CI-1 texted Defendant FELIX that he would mail the parcel of drugs today that he had not had a chance to mail earlier in the week. CI-1 then confirmed with Defendant FELIX that he had mailed the parcel. On November 15, 2022, CI-1 texted Defendant FELIX that he was having difficulty with the mailed parcel as it had not been received in Illinois. CI-1 texted a copy of the receipt with the tracking number to Defendant FELIX who then texted the same photograph of the receipt to Defendant TAFOYA. On November 16, 2022, Defendants further discussed the issue of delivering the package. Below are excerpts from the conversation:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 11/16/2022 9:50 AM | TFO FELIX | SA TAFOYA | [screenshot of recipient mailing address for drug parcel] |
| 11/16/2022 9:51 AM | TFO FELIX | SA TAFOYA | That's the correct address bro |

| | | | |
|---|---|---|---|
| 11/16/2022 9:51 AM | TFO FELIX | SA TAFOYA | |
| 11/16/2022 9:51 AM | SA TAFOYA | TFO FELIX | ok that ups store is in Avondale |
| 11/16/2022 9:51 AM | TFO FELIX | SA TAFOYA | Simon |
| 11/16/2022 10:46 AM | TFO FELIX | SA TAFOYA | We may be able to resolve this at the Yuma UPS store. |
| 11/16/2022 10:46 AM | TFO FELIX | SA TAFOYA | The owner is helping |
| 11/16/2022 10:50 AM | SA TAFOYA | TFO FELIX | The address still doesn't exist those |
| 11/16/2022 10:50 AM | TFO FELIX | SA TAFOYA | He said the zip code wasn't good |
| 11/16/2022 10:50 AM | SA TAFOYA | TFO FELIX | Oh alright |
| 11/16/2022 10:51 AM | TFO FELIX | SA TAFOYA | The package is in Illinois bro |
| 11/16/2022 10:51 AM | SA TAFOYA | TFO FELIX | Ok |
| 11/16/2022 10:52 AM | SA TAFOYA | TFO FELIX | I'll write a quick report on that |
| 11/16/2022 10:52 AM | SA TAFOYA | TFO FELIX | Just let me know the return address so I can put it in |
| 11/16/2022 11:07 AM | TFO FELIX | SA TAFOYA | [UPS tracking link] |
| 11/16/2022 11:07 AM | TFO FELIX | SA TAFOYA | It looks fixed bro |
| 11/16/2022 11:08 AM | SA TAFOYA | TFO FELIX | [CI-1] can tell them he called in and fixed it |
| 11/16/2022 11:08 AM | TFO FELIX | SA TAFOYA | It's time to start taking shit bro |
| 11/16/2022 11:09 AM | SA TAFOYA | TFO FELIX | Yeah we need to |
| .... | | | (other conversation) |
| 11/16/2022 11:52 AM | SA TAFOYA | TFO FELIX | I just emailed you a quick report I wrote for the ups package |
| 11/16/2022 11:53 AM | SA TAFOYA | TFO FELIX | Let me know what you think |
| 11/16/2022 11:53 AM | SA TAFOYA | TFO FELIX | Or if I should add anything |
| 11/16/2022 2:04 PM | TFO FELIX | SA TAFOYA | Looks good bro I read. |
| 11/16/2022 4:29 PM | SA TAFOYA | TFO FELIX | did [CI-1] tell dto about the package |
| 11/16/2022 4:42 PM | TFO FELIX | SA TAFOYA | Yeah bro he talked to them |
| 11/16/2022 4:43 PM | SA TAFOYA | TFO FELIX | Everything is good? |
| 11/16/2022 4:43 PM | TFO FELIX | SA TAFOYA | Yeah bro. He should in good terms. Time to collect bro |
| 11/16/2022 4:44 PM | TFO FELIX | SA TAFOYA | We need a Santa Claus delivery by Christmas |
| 11/16/2022 4:44 PM | SA TAFOYA | TFO FELIX | Loved "We need a Santa Claus..." |
| 11/16/2022 4:45 PM | SA TAFOYA | TFO FELIX | I feel like that package is going to be returned.... The address doesn't exist |
| 11/16/2022 4:45 PM | SA TAFOYA | TFO FELIX | 😬 |
| 11/16/2022 4:45 PM | TFO FELIX | SA TAFOYA | Well, if that's the case, we will take it 😬 |
| 11/16/2022 4:47 PM | SA TAFOYA | TFO FELIX | Definitely that's why we should still hit up that ups store next time we are in Phoenix |

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 14 of 27

| 11/16/2022 4:47 PM | SA TAFOYA | TFO FELIX | That way they know if it's returned to call us |
| 11/16/2022 4:49 PM | TFO FELIX | SA TAFOYA | Loved "That way they know if it's returned..." |
| 11/16/2022 4:49 PM | TFO FELIX | SA TAFOYA | I can stop by tomorrow bro |
| 11/16/2022 4:50 PM | SA TAFOYA | | Perfect |

Defendant TAFOYA subsequently wrote ROI 059, documenting the information about the parcel but falsely stating CI-1 overheard this parcel was mailed, rather than stating CI-1 mailed the package. After the package was returned to Phoenix, Defendants seized it and executed a search warrant, finding 2.3 kilograms of cocaine hidden in a speaker box. They then requested and received approval from HSI management to pay CI-1 $2,000 for information that led to the seizure. In the memorandum, they concealed from HSI management that CI-1 had mailed the package and that they allowed him to mail it with no effort to interdict it until it was returned because of the bad address.

32. On November 16 and 17, 2022, Defendants discussed additional drug smuggling activities of CI-1 and further discussed hiding CI-1's drug smuggling activities and concealing information from other law enforcement. Below are excerpts of the conversation:

| Date/Time | Sender | Receiver | Content |
| --- | --- | --- | --- |
| 11/16/2022 10:39 PM | TFO FELIX | SA TAFOYA | There's work tomorrow |
| 11/16/2022 10:39 PM | TFO FELIX | SA TAFOYA | [CI-1] is going up there [to Phoenix] |
| 11/16/2022 10:39 PM | SA TAFOYA | TFO FELIX | ALV... |
| .... | | | (discussion of whether they can get the agents needed for surveillance/take down) |
| 11/17/2022 12:32 AM | SA TAFOYA | TFO FELIX | I think we should invite dea we can just shield them from anything. I'll message them and they may not see this |
| .... | | | (more discussion of whether they can be set up with needed resources in time. They decide they probably cannot be there with resources) |
| 11/17/2022 5:14 AM | SA TAFOYA | TFO FELIX | Fuck man... we aren't ready again 🙈 |
| 11/17/2022 5:16 AM | TFO FELIX | SA TAFOYA | Shit |
| 11/17/2022 5:17 AM | TFO FELIX | SA TAFOYA | You know this is a big one |
| 11/17/2022 5:17 AM | SA TAFOYA | TFO FELIX | |

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 15 of 27*

| | | | |
|---|---|---|---|
| .... | | | (discussion of whether LPR or Alerts will trigger notice of Target 1 en route) |
| 11/17/2022 5:22 AM | | | I'm taking the alert off so hopefully they do it again and we will be ready. Looks like [CI-1] can let us know |
| 11/17/2022 5:23 AM | | | Just need a little more notice and not at midnight... the dto is good 🐭 |
| .... | | | (other conversation, including whether they should trust agents from other groups to help with surveillance, deciding they cannot) |
| 11/17/2022 7:21 AM | TFO FELIX | SA TAFOYA | Can't risk this shit |
| 11/17/2022 7:21 AM | TFO FELIX | SA TAFOYA | We have to be surgical |
| 11/17/2022 7:22 AM | SA TAFOYA | TFO FELIX | I don't want to take only dea they will want [CI-1] stopped too |
| 11/17/2022 7:23 AM | TFO FELIX | SA TAFOYA | Too much shit is moving bro. If we are not ready, should [CI-1] decline next time there is work? |
| .... | | | (discussion of other agents they may be able to get for operation) |
| 11/17/2022 7:28 AM | TFO FELIX | SA TAFOYA | [CI-1] is going |
| 11/17/2022 7:28 AM | SA TAFOYA | TFO FELIX | Fuck... |
| 11/17/2022 7:29 AM | SA TAFOYA | TFO FELIX | We need to be ready next time for sure |
| 11/17/2022 7:29 AM | SA TAFOYA | TFO FELIX | We won't make it or catch up now |
| .... | | | (other conversation) |
| 11/17/2022 8:58 AM | SA TAFOYA | TFO FELIX | Tell [CI-1] to pay attention to location and again if same set up |
| 11/17/2022 8:58 AM | SA TAFOYA | TFO FELIX | The normal stuff |
| 11/17/2022 8:59 AM | TFO FELIX | SA TAFOYA | Liked "Tell [CI-1] to pay attention ..." |
| .... | | | (other conversation) |
| 11/17/2022 10:52 AM | TFO FELIX | SA TAFOYA | [Target 1] is delivering |
| 11/17/2022 10:52 AM | SA TAFOYA | TFO FELIX | Same spot? |
| 11/17/2022 10:53 AM | SA TAFOYA | TFO FELIX | This is a perfect time too... |
| .... | | | (other conversation: FELIX goes to solo surveil, asks TAFOYA to research vehicle info) |
| 11/17/2022 1:57 PM | SA TAFOYA | TFO FELIX | [DEA Group Supervisor 1] is standing right here I have to wait til he walks away 🐭 |
| 11/17/2022 1:57 PM | SA TAFOYA | TFO FELIX | La dea is weird |
| .... | | | (other conversation about vehicle records and [CI-1] delivering drugs) |
| 11/17/2022 2:13 PM | SA TAFOYA | TFO FELIX | What did he receive? |
| 11/17/2022 2:14 PM | TFO FELIX | SA TAFOYA | Cuadros and have [sic] [CI-1] 23k |

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 16 of 27*

33. On February 17, 2023, Defendants discussed that CI-1 was the only contact for a number provided for Target 2. They further discussed the ongoing concealment of CI-1's drug smuggling activities from others and their intent not to explain their concealment to anyone. Below are excerpts of that conversation:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 02/17/2023 3:03 PM | SA TAFOYA | TFO FELIX | FYI - that number [CI-1] gave for Target 2's secretary [], is only used to talk to [CI-1] |
| 02/17/2023 3:04 PM | SA TAFOYA | TFO FELIX | There are no other numbers on those tolls |
| 02/17/2023 3:04 PM | SA TAFOYA | TFO FELIX | Only [CI-1] |
| 02/17/2023 3:04 PM | TFO FELIX | SA TAFOYA | I saw that 😊 |
| .... | | | (discussion of TCO being compartmentalized and smart) |
| 02/17/2023 3:05 PM | SA TAFOYA | TFO FELIX | [CI-1's] number hits off a bunch of DEA cases |
| 02/17/2023 3:31 PM | TFO FELIX | SA TAFOYA | Bro |
| 02/17/2023 3:31 PM | TFO FELIX | SA TAFOYA | What do we do with [CI-1's] number. We need to take shit down asap. It doesn't look good |
| 02/17/2023 3:34 PM | SA TAFOYA | TFO FELIX | Yeah man... doesn't look like he's a target of anyone but he is a 3rd party target |
| 02/17/2023 3:35 PM | TFO FELIX | SA TAFOYA | Yeah time take some shit Not trying explain anything to anyone |
| 02/17/2023 3:35 PM | SA TAFOYA | TFO FELIX | Simon [agreed] |

34. On March 23, 2023, the Assistant Special Agent in Charge (ASAC) reviewed and approved the Supervisory Payment Debrief for CI-1 that was submitted by Defendants. The ASAC approved the payment debrief based on the information provided to him from Defendants as the control agents for CI-1. In the debrief, Defendants represented "[t]he CI's relationship and activity with the control agent remains in a professional manner, in accordance with established policies and procedures, and nothing said during the debriefing(s) has indicated anything to the contrary." Defendants knew this statement was false as they knew CI-1 was regularly engaged in otherwise illegal activity (drug smuggling with little to no expectation of recovery) without Defendants notifying HSI management, without Defendants seeking required HSI management approvals, and without accurately documenting CI-1's drug smuggling activities.

35. On March 27, 2023, Defendant TAFOYA submitted an annual Confidential Informant Suitability Evaluation Report for CI-1, which was reviewed and approved by

Group Supervisor 1. In the Report, on the question of whether CI-1 would adversely affect an investigation or prosecution, Defendant TAFOYA answered no, despite being aware of CI-1's drug smuggling activities for which there was no documentation and/or false documentation, inaccurately documenting CI-1's drug smuggling activities.

36.    On March 28, 2023, Defendants discussed CI-1's drug smuggling and further discussed instructions they provided to CI-1 for the drug smuggling. Below are excerpts of conversation:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 03/28/2023 4:33 PM | TFO FELIX | SA TAFOYA | [CI-1] just cleared the checkpoint |
| 03/28/2023 4:44 PM | SA TAFOYA | TFO FELIX | 😬 |
| 03/28/2023 4:44 PM | TFO FELIX | SA TAFOYA | 😄 |
| 03/28/2023 4:44 PM | SA TAFOYA | TFO FELIX | Let [CI-1] know we need something |
| 03/28/2023 4:45 PM | SA TAFOYA | TFO FELIX | Also, we need all the info on where it's going… plates, numbers, addresses |
| 03/28/2023 4:45 PM | TFO FELIX | SA TAFOYA | Next coke load better be a stat |
| 03/28/2023 4:45 PM | TFO FELIX | SA TAFOYA | Simon, he hasn't been good with that |
| 03/28/2023 4:46 PM | SA TAFOYA | TFO FELIX | Tell him to pay attention to all that |
| 03/28/2023 4:46 PM | TFO FELIX | SA TAFOYA | Simon I'll make he sends that info |

37.    On May 17, 2023, CI-1 was arrested by California federal agents while transporting a load of 26.54 kilograms cocaine to a location in California. CI-1's vehicle was targeted by Border Patrol based on unusual travel patterns and his prior arrest for drug smuggling. Border Patrol agents in Blythe, California first searched CI-1's vehicle around 10:10 a.m. but failed to find the hidden cocaine. Around 11:15 a.m., Border Patrol agents from the Indio Border Patrol Station then followed CI-1 to a gas station off Interstate 10. Agents surveilled CI-1 as he parked his vehicle and remained at the gas station for several hours. Around 2:30 p.m., agents approached CI-1 and his travel companion and began a consensual encounter that led to a search of CI-1's vehicle. Agents discovered 22 bundles of cocaine, weighing 26.54 kilograms, hidden in the vehicle.

a.    During the encounter with Border Patrol agents and later in an interview, CI-1 told Border Patrol agents that he was transporting the illegal drugs for HSI-Yuma and showed them text messages and a phone log of calls with Defendant FELIX

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 18 of 27*

from that day. In reviewing CI-1's phone, the Border Patrol agents noted that Defendant FELIX appeared to be instructing CI-1 on what to do in reference to being contacted by law enforcement agents, and it appeared the communication had been ongoing throughout the day. One of the investigating agents called Defendant FELIX using CI-1's phone. When Defendant FELIX answered, the agent confirmed his identity and asked him if he was working an operation on that day with CI-1. Defendant FELIX replied in a nervous tone of voice "let me have my partner call you, he knows more about this than I do." Investigating agents noted that during the conversation, Defendant FELIX was avoiding answering direct questions about the event and sounded extremely nervous.

b.     Approximately five minutes after the phone call with Defendant FELIX, investigating agents received a call from Defendant TAFOYA. Defendant TAFOYA identified himself as an agent for HSI-Yuma and stated he was on leave and unaware of any operation that CI-1 was a part of. Defendant TAFOYA further stated that CI-1 had provided information about narcotic trafficking to agents in the past but anything he was doing today was not part of any operation. Defendant TAFOYA again told the investigating agents that CI-1 was operating on his own and that Defendant TAFOYA had no knowledge of the narcotics in the vehicle.

c.     Throughout the day, prior to CI-1's arrest and subsequent to it, Defendants exchanged multiple phone calls and text messages with each other and other agents about the event – first trying to determine what agency was investigating, then trying to determine if they could fix the situation, and finally, falsely telling investigating agents that CI-1 was illegally smuggling the drugs without their consent and knowledge. Below are excerpts of messages between Defendants:

| Date/Time | Sender | Receiver | Content |
|---|---|---|---|
| 05/17/2023 11:01 AM | TFO FELIX | SA TAFOYA | Do you have a minute? |
| 05/17/2023 11:08 AM | SA TAFOYA | TFO FELIX | Simon |
| | | | Felix/Tafoya phone call (114-116 seconds) |
| 05/17/2023 12:22 PM | TFO FELIX | SA TAFOYA | It looks like [CI-1] has a tail |
| 05/17/2023 12:23 PM | TFO FELIX | SA TAFOYA | My BP boy not picking up bro |
| 05/17/2023 1:11 PM | TFO FELIX | SA TAFOYA | Not looking good bro |

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 19 of 27

| | | | |
|---|---|---|---|
| 05/17/2023 1:17 PM | SA TAFOYA | TFO FELIX | Damn…. |
| 05/17/2023 1:18 PM | TFO FELIX | SA TAFOYA | It seems he has surveillance around him |
| 05/17/2023 1:21 PM | TFO FELIX | SA TAFOYA | My boy is out of the office. It has be done by someone we can trust right? |
| 05/17/2023 2:51 PM | TFO FELIX | SA TAFOYA | Give me a call bro |
| | | | Tafoya/Felix phone call (222-223 seconds) |
| | | | Felix/Tafoya phone call (36 seconds) |
| 05/17/2023 3:07 PM | SA TAFOYA | TFO FELIX | Was it in Cali or Arizona? |
| 05/17/2023 3:07 PM | TFO FELIX | SA TAFOYA | Cali |
| 05/17/2023 3:08 PM | SA TAFOYA | TFO FELIX | Hmm…. |
| 05/17/2023 3:10 PM | SA TAFOYA | TFO FELIX | I don't know how things work in Cali |
| 05/17/2023 3:10 PM | TFO FELIX | SA TAFOYA | 😊 |
| 05/17/2023 3:10 PM | TFO FELIX | SA TAFOYA | How bad is it? |
| 05/17/2023 3:11 PM | SA TAFOYA | TFO FELIX | I'm not sure…. |
| 05/17/2023 3:12 PM | SA TAFOYA | TFO FELIX | We can tell them that we are trying to identify the DTO in Los Angeles |
| 05/17/2023 3:12 PM | TFO FELIX | SA TAFOYA | Simon |
| 05/17/2023 3:12 PM | TFO FELIX | SA TAFOYA | Fack…. |
| …. | | | (other conversation, sharing info gathered from other agent contacts) |
| | | | Felix/Tafoya phone call (63 seconds) |
| …. | | | (other conversation, sharing info gathered from other agent contacts) |
| | | | Felix calls Tafoya (49 secs) |
| …. | | | (other conversation, sharing info gathered from other agent contacts) |
| 05/17/2023 3:39 PM | TFO FELIX | SA TAFOYA | He said he had surveillance |
| 05/17/2023 3:39 PM | SA TAFOYA | TFO FELIX | I don't know what units would do that 😊 especially out there |
| 05/17/2023 3:39 PM | TFO FELIX | SA TAFOYA | You think it was Phoenix |
| 05/17/2023 3:40 PM | TFO FELIX | SA TAFOYA | Should I call him? |
| 05/17/2023 3:50 PM | SA TAFOYA | TFO FELIX | BP didn't follow and don't have any info on a K9 at the gas station |
| 05/17/2023 3:50 PM | SA TAFOYA | TFO FELIX | The only plain clothes guy in Blythe is the one I'm texting |
| | | | Felix/Tafoya phone calls (1-3 seconds; 219 seconds) |
| | | | Felix/Tafoya phone call (68-69 seconds) |
| 05/17/2023 4:06 PM | TFO FELIX | SA TAFOYA | Did you talk to Arturo |
| 05/17/2023 4:08 PM | SA TAFOYA | TFO FELIX | Not yet, I'm getting the story |
| 05/17/2023 4:09 PM | SA TAFOYA | TFO FELIX | It's Indio BP |
| 05/17/2023 4:09 PM | TFO FELIX | SA TAFOYA | Keep me posted so I can be ready bro |
| 05/17/2023 4:10 PM | SA TAFOYA | TFO FELIX | They were sitting at the gas station for 3 hours |
| 05/17/2023 4:10 PM | TFO FELIX | SA TAFOYA | Yeah |

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 20 of 27*

|  |  |  | Tafoya/Felix phone call (273 seconds) |
|---|---|---|---|
| 05/17/2023 4:31 PM | SA TAFOYA | TFO FELIX | DEA Palm Springs is being called |
| 05/17/2023 4:31 PM | SA TAFOYA | TFO FELIX | We should let them take the case |
|  |  |  | Tafoya calls Felix (237 seconds) |
|  |  |  | Felix calls Tafoya (139 seconds) |
|  |  |  | Tafoya calls Felix (2 seconds) |
|  |  |  | Tafoya calls Felix (566-567 seconds) |
| 05/17/2023 5:41 PM | TFO FELIX | SA TAFOYA | Are they going to protect [CI-1] when they write the report? You know DTO is getting Discovery |
| 05/17/2023 5:42 PM | SA TAFOYA | TFO FELIX | That's the thing… DEA is going to write it. [DEA Agent 1] or [DEA Agent 2] should call them and tell them that |
| 05/17/2023 5:43 PM | TFO FELIX | SA TAFOYA | Yeah bro, that TFO didn't seem very smart. He was all about the glory |
| 05/17/2023 5:43 PM | TFO FELIX | SA TAFOYA | I'll call [DEA Agent 1] |
| 05/17/2023 5:43 PM | SA TAFOYA | TFO FELIX | Ok tell [DEA Agent 1] what happened |
| 05/17/2023 5:56 PM | TFO FELIX | SA TAFOYA | I did and she said she's going follow up on it 👮 |
| 05/17/2023 6:05 PM | SA TAFOYA | TFO FELIX | Ok |
|  |  |  | Felix calls Tafoya (517 seconds) |

38.    After CI-1 was arrested with the cocaine, Defendants deactivated CI-1, without deactivating for cause. In the Memorandum, they falsely stated that CI-1 was acting outside the CI instructions when he was in possession of drugs, and they concealed their knowledge of the drug smuggling event by omitting the circumstances under which CI-1 was smuggling the drugs (i.e. with their knowledge and consent). No notice was provided to HSI management outside of HSI-Yuma. When HSI management inquired into the status of deactivation for CI-1, HSI Group Supervisor 2 asked Defendant TAFOYA whether CI-1 should be deactivated under Option 2, For Cause. In an email to Group Supervisor 2, Defendant TAFOYA stated:

a.    "I don't think one is necessary yet. I think if there comes a time we can speak to this source again and find out the details then at that time we can determine if a memo for cause is warranted. Thoughts? This source has been one of the best ones we (HSI Yuma) have had since I started working here. I am just wondering why the source did this. Was the source forced? Why weren't we notified?"

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 21 of 27

Defendant TAFOYA misrepresented the circumstances and reason that CI-1 was smuggling drugs to fraudulently dissuade HSI management from deactivating CI-1 for cause.

All in violation of 18 U.S.C. § 371.

## COUNTS 2-11
## FALSE STATEMENT TO GOVERNMENT AGENCY
### 18 U.S.C. § 1001

39.     The factual allegations in paragraphs 1-17 and the overt acts in paragraphs 21-38 are re-alleged and incorporated by reference as though fully stated herein.

40.     On or about the dates set forth below, in the District of Arizona and elsewhere, Defendant ANTONIO TAFOYA and Defendant NOE FELIX, knowingly and willfully made a materially false, fictitious, and fraudulent statement or representation and did knowingly and willfully falsify, conceal, and cover up by trick, scheme, and device a material fact, in a matter within the jurisdiction of the executive branch of the United States; as set forth below, which Defendants knew were false,

| Count | Defendant | Date of False Statement | Description of Event | Description of False Statement |
|-------|-----------|-------------------------|----------------------|-------------------------------|
| 2 | TAFOYA | 7/1/2022 | 06/29/2022 Drug Smuggling Event in which CI-1 informed TAFOYA that CI-1 received a loaded car and sent photographs of drugs. TAFOYA told FELIX that source received 37 packages of "coke". | ROI 29. Reported by TAFOYA, approved by HSI Group Supervisor 3. TAFOYA falsely stated CI overheard drugs were going to be offloaded into a house. Further, TAFOYA concealed by trick, scheme, and device that the house was CI-1's house. |
| 3 | TAFOYA and FELIX | 7/22/2022 | 07/19/2022 Drug Smuggling Event in which Courier 1 from 6/29/2022 Event attempted to deliver another load of drugs to CI-1's residence. Agents intercepted Courier 1, and seized 36.52 kg of cocaine. CI-1 paid $40,000 for information leading to seizure. | Memorandum Payment to Confidential Informant. Signed by TAFOYA and FELIX, approved by HSI management. In Memo, Defendants stated drugs were discovered as Courier 1 was driving drugs to a stash house, concealing by trick, scheme, and device that drugs were heading to CI-1's house. |

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 22 of 27*

| 4 | TAFOYA and FELIX | 11/14/2022 | CI-1 engaged in several drug smuggling events in the days leading up to the 10/5/2022 debrief. TAFOYA and FELIX were aware of CI-1 drug smuggling as evidenced by text messages and photographs. | ROI 058. October 5, 2022 debrief of CI-1. Draft ROI written by FELIX, ROI reported by TAFOYA, signed by Group Supervisor 3. Defendants concealed by trick, scheme, and device CI-1's actual role in the drug smuggling activities that were reported. Further, Defendants falsely stated CI-1 overheard money was taken to Stash House 2 when CI-1 took the money to the house. |
| 5 | TAFOYA and FELIX | 11/7/2022 | CI-1 engaged in several drug smuggling events on 11/3/2022, including picking up 21 kg from Target 1 who TAFOYA and FELIX were surveilling. TAFOYA and FELIX knew CI-1 picked up and delivered drugs that day as evidenced by text messages and photographs. | ROI 056. TAFOYA sent a draft to FELIX and other agents. ROI reported by TAFOYA and approved by Group Supervisor 3. TAFOYA concealed by trick, scheme, and device all of CI-1's drug smuggling activities from that day including omitting that CI-1 picked up from Target 1 who is the subject of ROI 056. |
| 6 | TAFOYA and FELIX | 11/16/2022 | CI-1 mailed a parcel of cocaine to Illinois on 11/7/2022. When delivery stalled, CI-1 requested TAFOYA and FELIX assist in delivering the package. The package was ultimately returned to Phoenix for a bad address. TAFOYA and FELIX then executed a search warrant to seize the 2.3 kg of cocaine and ultimately, requested and received approval to pay CI-1 $2,000 for the seized cocaine. | ROI 059. Draft reviewed and agreed to by FELIX. ROI reported by TAFOYA and approved by Group Supervisor 3. Defendants falsely stated CI overheard that package may have contained drugs but could not provide the type or weight. |

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 23 of 27*

| 7 | TAFOYA and FELIX | 12/15/2022 | CI-1 mailed a parcel of cocaine to Illinois on 11/7/2022. When delivery stalled, CI-1 requested TAFOYA and FELIX assist in delivering the package. The package was ultimately returned to Phoenix for a bad address. TAFOYA and FELIX then executed a search warrant to seize the 2.3 kg of cocaine and ultimately, requested and received approval to pay CI-1 $2,000 for the seized cocaine. | Memorandum Payment to Confidential Informant. Signed by TAFOYA and FELIX, approved by HSI management. In Memo, Defendants falsely stated CI-1 overheard that the package contained two bricks of cocaine when CI-1 mailed the package. Further, Defendants concealed by trick, scheme, and device that CI-1 had the tracking information through a UPS receipt because CI-1 mailed the package. |
| 8 | TAFOYA and FELIX | 5/17/2023 | On May 17, 2023, CI-1 was arrested while transporting 26.54 kgs of cocaine to California. FELIX and TAFOYA knew CI-1 was transporting illegal drugs on this day. | After CI-1 was arrested, investigating agents, trying to determine whether it was an authorized load, called FELIX who falsely claimed, "let me have my partner call you, he knows more about this than I do." TAFOYA called investigating agents and falsely stated: he was on leave and unaware of any operation CI-1 was a part of; CI-1 had provided information about narcotic trafficking to agents in the past but anything he was doing today was not part of any operation; and CI-1 was operating on his own and that he had no knowledge of the narcotics in the vehicle. |

| 9 | TAFOYA and FELIX | 5/19/2023 | On May 17, 2023, CI-1 was arrested while transporting 26.54 kgs of cocaine to California. FELIX and TAFOYA knew CI-1 was transporting illegal drugs on this day. | Memorandum for Deactivation of Confidential Informant. Signed by TAFOYA and FELIX and Group Supervisor 1. In the memo, Defendants falsely stated CI-1 was being deactivated for acting outside the instructions signed on March 2023, and in possession of drugs when Defendants knew they routinely, including on May 17, 2023, allowed CI-1 to smuggle drugs. Further, Defendants concealed by trick, scheme, and device their knowledge of CI-1's drug smuggling activities. |
| 10 | TAFOYA | 6/2/2023 | On May 17, 2023, CI-1 was arrested while transporting 26.54 kgs of cocaine to California. FELIX and TAFOYA knew CI-1 was transporting illegal drugs on this day. | When asked whether HSI should do a deactivation for cause memo for CI-1 by Group Supervisor 2, TAFOYA falsely told Group Supervisor 2: "I don't think one is necessary yet. I think if there comes a time we can speak to this source again and find out the details then at that time we can determine if a memo for cause is warranted. Thoughts? This source has been one of the best ones we (HSI Yuma) have had since I started working here. I am just wondering why the source did this. Was the source forced? Why weren't we notified?" |
| 11 | TAFOYA | 6/9/2023 | On May 17, 2023, CI-1 was arrested while transporting 26.54 kgs of cocaine to California. FELIX and TAFOYA knew CI-1 was transporting illegal drugs on this day. | TAFOYA sent deactivation memo for cause to HSI management. In requesting [CI-1] be deactivated for cause, the memo falsely stated that [CI-1] was transporting drugs "without the knowledge of the controlling agents" |

All in violation of 18 U.S.C. § 1001 and 18 U.S.C. § 2.

//

//

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 25 of 27

## COUNT 12
## MISPRISION OF FELONY
### 18 U.S.C. § 4

41.    The factual allegations in paragraphs 1-17, 40 and the overt acts in paragraphs 21-38 are re-alleged and incorporated by reference as though fully stated herein.

42.    From on or about June 29, 2022 through on or about May 17, 2023, in the District of Arizona and elsewhere, the defendants, ANTONIO TAFOYA and NOE FELIX, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: Conspiracy to Distribute Illegal Narcotics (Cocaine, Fentanyl, Heroin, and Methamphetamine) in violation of 21 U.S.C. § 846, did conceal the same by writing false reports minimizing and concealing the drug smuggling activities of CI-1; falsely representing those reports represented the complete picture of the investigation when they knew CI-1 engaged in many drug smuggling events which were not documented in reports of investigation; knowing they had a duty to notify HSI management of CI-1's drug smuggling activities, failing to do so; knowing they had a duty to seek authorization from HSI management to allow CI-1 to smuggle drugs with little to no expectation of recovery, failing to do so; falsifying payment memoranda by minimizing and concealing CI-1's actual role in drug smuggling events and in TCO-1's drug trafficking; and concealing their knowledge of CI-1's drug smuggling activities when interacting with agents investigating

//
//
//
//
//
//
//
//
//

United States of America v. ANTONIO TAFOYA and NOE FELIX
Indictment Page 26 of 27

CI-1's smuggling of cocaine on May 17, 2023, all when they had a duty to report those activities, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, all in violation of 18 U.S.C. § 4 and 18 U.S.C. § 2.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: June 5, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
LORI L. PRICE
SANDRA M. HANSEN
CAROLINE ALLEN
Assistant U.S. Attorneys

*United States of America v. ANTONIO TAFOYA and NOE FELIX*
*Indictment Page 27 of 27*